1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| In re Search and Seizure Warrants related to 700 Gibson Drive #1314 Roseville, CA | CASE NO.  2:09-SW-337 KJM<br>2:09-SW-338 KJM<br>2:09-SW-339 KJM<br>2:09-SW-340 KJM<br><br>[PROPOSED] ORDER |
|---|---|

Upon application of the United States, the Court ORDERS that the Clerk unseal the record in each of the above-captioned cases.

The Court further orders that the deadline for forensic analysis is hereby extended to December 1, 2010.

Date: 4/20/10

HON. KIMBERLY J. MUELLER
U.S. Magistrate Judge

3